


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/26/2014

| | | |
|---|---|---|
| IN RE: | § § | |
| EXQUISITE DESIGNS BY CASTLEROCK AND COMPANY, INC., | § § § | Case No. 12-38337 |
| | § § | (Chapter 7) |
| DEBTOR. | § § | |

| | | |
|---|---|---|
| EXQUISITE DESIGNS BY CASTLEROCK AND CO., INC. and BRAD JONES, | § § § § | |
| Plaintiffs | § § | Adversary No. 13-03336 |
| VS. | § § § | |
| BANK OF AMERICA, N.A., | § § § | |
| Defendant | § § | |

**ORDER DISMISSING ADVERSARY PROCEEDING WITHOUT PREJUDICE**
(53)

Came on to be heard the Motions to Dismiss Adversary Complaint or in the Alternative Motions to Have the Court Abstain from Deciding Adversary Proceeding filed by Bank of America, N.A., servicing agent for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc., CHL Mortgage Pass-Through Trust 2004-15, Mortgage Pass-Through Certificates, Series 2004-15, for real property located at 16100 Craigshire Court, Spring, TX 77379;

Bank of America, N.A., servicing agent for Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007-HY2, for real property located at 8127 Landau Park Ln., Spring, TX 77379; Nationstar Mortgage, LLC assignee of Bank of America, N.A., servicing agent for Deutsche Bank National Trust Company, as Trustee for the holders of Morgan Stanley Mortgage Loan Trust 200S-SAR, for real property located at 8110 Landau Park Ln., Spring, TX 77379; and Bank of America, N.A., servicing agent for Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2006 OA17, Mortgage Pass-Through Certificates, Series 2006-OA17, for real property located at 2 Mariners Lane, Kemah, Texas 77565; and this Court finds that the Motions should be GRANTED. It is therefore

**ORDERED** that Adversary No. 13-03336 styled *Exquisite Designs by Castlerock & Co., Inc. and Brad Jones v. Bank of America, N.A.* should be and is hereby dismissed without prejudice to the refiling of same due to the Court's lack of subject matter jurisdiction; it is further

**ORDERED** that this order supersedes and replaces the Court's order at docket number 51, which order is vacated.*

Dated __Sept. 23__, 2014

_____
Jeff Bohm
Chief U.S. Bankruptcy Judge

* The Clerk of Court shall close this adversary file.