United States District Court
For the Southern District of Texas
Houston Division

In re:

**Exquisite Designs by Castlerock & Co., Inc.**

|  |  |
|---|---|
| § | Civil Action 4:14cv2977 |
| § | |
| § | |
| § | Adversary Case 13-3336 |
| § | |

# Notice of Deficiency

The notice of appeal was filed in the bankruptcy court on 10/10/14  The designation of the record was due on 10/24/14.  *See* Fed. R. Bankr. P. 8006.

- The designated record designates transcripts of all hearings. These transcripts have not been ordered or produced.
- The designated record designates any documents used in court but not filed with the Bankruptcy Court. These unnamed documents have not been produced or filed with the court.

11/13/14

By the Court
David J. Bradley
District Clerk