In the United States District Court
For the Southern District of Texas
Houston Division

In re:
Exquisite Designs by Castlerock and
Company, Inc

|  |  |  |
|---|---|---|
| | § | Civil Action 4:14cv2707 |
| Debtor | § | |
| | § | |
| Exquisite Designs By Castlerock & | § | Adversary Case  13-3336 |
| Company, Inc et al | | |
| Appellants | | |

# Appeal Docketed

This appeal has been docketed. *See* Fed. R. Bankr. P. 8007(b).  Unless the district court orders otherwise, these deadlines apply:  *See* Fed. R. Bankr. P. 8009(a).

1.  The appellant's brief must be filed within 14 days after entry of this notice.

2.  The appellee's brief must be filed within 14 days after service of the appellant's brief.

3.  The appellant may file a reply brief within 14 days after service of the appellee's brief

4.  If the appellee has filed a cross appeal, the appellee may file a reply brief within 14 days after service of the appellant's reply brief.

By the Court
David J. Bradley
District Clerk

United States Bankruptcy Court
Southern District of Texas

Exquisite Designs by Castlerock & Co., I,
     Plaintiff
                                   Adv. Proc. No. 13-03336-jb

Bank of America, N.A.,,
     Defendant

# CERTIFICATE OF NOTICE

District/off: 0541-4       User: smur        Page 1 of 2        Date Rcvd: Feb 11, 2015
                       Form ID: pdf002      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2015.
```
aty         +Baker & Associates,   5151 Katy Freeway, Ste. 200,   Houston, TX 77007-2261
tr          +Ronald J. Sommers,   Nathan Sommers Jacobs + Gorman,   2800 Post Oak Blvd., 61st Floor,
             Houston, TX 77056-6131,    U.S.
cr          +Bank of America, N.A., servicing agent for Bank of,   c/o Smith & Cerasuolo, LLP,
             7500 San Felipe, Suite 410,   Houston, TX 77063-1708,   UNITED STATES
cr          +Bank of America, N.A., servicing agent for The Ban,   c/o Smith & Cerasuolo, LLP,
             7500 San Felipe, Suite 410,   Houston, TX 77063-1708,   UNITED STATES
cr          +Bank of New York Mellon fka The Bank of New York a,   c/o Smith & Cerasuolo, LLP,
             7500 San Felipe, Suite 410,   Houston, TX 77063-1708
cr          +Nationstar Mortgage, LLC assignee of Bank of Ameri,   c/o Smith & Cerasuolo, LLP,
             7500 San Felipe, Suite 410,   Houston, TX 77063-1708,   UNITED STATES
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                           TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          Bank of America, N.A.,
pla          Brad Jones
pla          Exquisite Designs by Castlerock & Co., Inc.
```
                                                           TOTALS: 3, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2015                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2015 at the address(es) listed below:
```
            Alexander B. Wathen  on behalf of Plaintiff Brad  Jones wathenecf@gmail.com,
             abwblackberry@gmail.com;alexwathen@juno.com;abwunofficial1@gmail.com;abwunofficial2@gmail.com;abw
             unofficial3@gmail.com;abwunofficial4@gmail.com;abwunofficial5@gmail.com;atty_wathen@bluestylus.co
             m
            Alexander B. Wathen  on behalf of Plaintiff   Exquisite Designs by Castlerock & Co., Inc.
             wathenecf@gmail.com,
             abwblackberry@gmail.com;alexwathen@juno.com;abwunofficial1@gmail.com;abwunofficial2@gmail.com;abw
             unofficial3@gmail.com;abwunofficial4@gmail.com;abwunofficial5@gmail.com;atty_wathen@bluestylus.co
             m
            Gary F Cerasuolo   on behalf of Defendant   Bank of America, N.A., gfc@texasweblawyer.com
            Gary F Cerasuolo   on behalf of Creditor   Nationstar Mortgage, LLC assignee of Bank of America,
             N.A., servicing agent for Deutsche Bank National Trust Company, as Trustee for the holders of
             Morgan Stanley Mortgage Loan Trust 2005-5AR gfc@texasweblawyer.com
            Gary F Cerasuolo   on behalf of Creditor   Bank of America, N.A., servicing agent for Bank of New
             York Mellon fka the Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc.,
             Alternative Loan Trust 2007-HY2 Mortgage Pass-Thr gfc@texasweblawyer.com
            Gary F Cerasuolo   on behalf of Creditor   Bank of New York Mellon fka The Bank of New York as
             Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2006 OA17, Mortgage
             Pass-Through Certificates, Series 2006-OA17, by its for gfc@texasweblawyer.com
            Gary F Cerasuolo   on behalf of Creditor   Bank of America, N.A., servicing agent for The Bank of
             New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc.,
             CHL Mortgage Pass-Through Trust 2004-15, Mortgage gfc@texasweblawyer.com
            Mynde Shaune Eisen  on behalf of Creditor   Bank of America, N.A., servicing agent for Bank of
             New York Mellon fka the Bank of New York, as Trustee for the Certificateholders of the CWALT,
             Inc., Alternative Loan Trust 2007-HY2 Mortgage Pass-Thr wyndeeisen@sbcglobal.net,
             meisen@wt.net;mynde@wt.net
            Mynde Shaune Eisen  on behalf of Creditor   Nationstar Mortgage, LLC assignee of Bank of America,
             N.A., servicing agent for Deutsche Bank National Trust Company, as Trustee for the holders of
             Morgan Stanley Mortgage Loan Trust 2005-5AR wyndeeisen@sbcglobal.net,  meisen@wt.net;mynde@wt.net
```

District/off: 0541-4          User: smur                    Page 2 of 2              Date Rcvd: Feb 11, 2015
                             Form ID: pdf002              Total Noticed: 6

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Mynde Shaune Eisen   on behalf of Creditor   Bank of New York Mellon fka The Bank of New York as
             Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2006 OA17, Mortgage
             Pass-Through Certificates, Series 2006-OA17, by its for wyndeeisen@sbcglobal.net,
             meisen@wt.net;mynde@wt.net
            Mynde Shaune Eisen   on behalf of Defendant   Bank of America, N.A., wyndeeisen@sbcglobal.net,
             meisen@wt.net;mynde@wt.net
            Mynde Shaune Eisen   on behalf of Creditor   Bank of America, N.A., servicing agent for The Bank
             of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWMBS, Inc.,
             CHL Mortgage Pass-Through Trust 2004-15, Mortgage wyndeeisen@sbcglobal.net,
             meisen@wt.net;mynde@wt.net
            William Ross Spence   on behalf of Trustee Ronald J. Sommers ross@snowspencelaw.com,
             donnasutton@snowspencelaw.com;janissherrill@snowspencelaw.com
                                                                                       TOTAL: 13